# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2199

_____

HOMER WALKER,

    Appellant,

    v.

JULIE L. JONES, Secretary,
FLORIDA DEPARTMENT OF
CORRECTIONS and the FLORIDA
COMMISSION ON OFFENDER
REVIEW,

    Appellees.

_____

On appeal from the Circuit Court for Jackson County.
Michael D. Miller, Judge.

February 28, 2018

PER CURIAM.

Appellant seeks review of an order denying his Petition for Writ of Habeas Corpus, which was rendered March 6, 2017. *See* Fla. R. App. P. 9.020(i). The clerk of the lower tribunal stamped Appellant's notice of appeal as filed April 12, 2017. This date appeared to be the presumptive filing date of the appeal. *See* Fla. R. App. P. 9.420(a)(2).

Because the presumptive filing date was beyond the 30-day period for seeking review, we directed Appellant to show cause

why the appeal should not be dismissed for lack of jurisdiction. In response, Appellant demonstrates that the presumptive filing date of the notice of appeal is April 7, 2017, the date he placed it in the hands of an institution official for mailing. *See* Fla. R. App. P. 9.420(b)(2)(A). This presumptive filing date is also beyond the 30-day period for seeking review. However, in reliance on Florida Rule of Criminal Procedure 3.070, Appellant concludes that the notice of appeal was timely filed.

Appellant's reliance on the rule is misplaced because it does not apply to the time period for filing a notice of appeal. *See Joseph v. State*, 157 So. 3d 546, 548 (Fla. 1st DCA 2015). Because no additional time is added to the 30–day period to bring an appeal, Appellant's notice of appeal filed outside this time period is untimely and failed to invoke the Court's jurisdiction.

DISMISSED.

WETHERELL, ROWE, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Homer Walker, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Kenneth S. Steely, General Counsel, and Gayla Grant, Assistant General Counsel, Tallahassee, for Appellee Florida Department of Corrections. No appearance for Appellee Florida Commission on Offender Review.

2